UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RODAS DIAZ, | No.  1:26-cv-3021 DJC CSK |
| Petitioner, | |
| v. | ORDER |
| WARDEN, et al., | |
| Respondents. | |

Petitioner, an immigration detainee now proceeding through counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.

On May 4, 2026, before counsel was appointed, petitioner filed a motion to proceed in forma pauperis. (ECF No. 9.)  On May 12, 2026, petitioner paid the filing fee.  Accordingly, the motion to proceed in forma pauperis is denied as moot.

The Federal Defender was appointed to represent petitioner on May 12, 2026.  (ECF No. 10.)  On May 19, 2026, counsel from the CJA panel was appointed to represent petitioner.  (ECF No. 11.)  On May 29, 2026, petitioner's counsel timely requested an extension of time to file a reply.  (ECF No. 12.)  Counsel for petitioner states that respondents do not object.  (Id. at 1.)  Good cause appearing, the request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's motion to proceed in forma pauperis (ECF No. 9) is denied as moot.

1

2. Petitioner's request for an extension of time (ECF No. 12) is granted.

3. Petitioner shall file a supplemental reply on or before June 12, 2026. Respondents' supplemental response is due seven days thereafter.

Dated:  June 1, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/roda3021.2241.imm.eot

2